Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 21−13594−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kristin Rinaldi
   34 Patterson Dr
   Oak Ridge, NJ 07438−9355

Social Security No.:
   xxx−xx−9439

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 24, 2021.

Dated: June 24, 2021
JAN: ntp

        Jeanne Naughton
        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Kristin Rinaldi  
    Debtor

Case No. 21-13594-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Jun 24, 2021      Form ID: plncf13      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kristin Rinaldi, 34 Patterson Dr, Oak Ridge, NJ 07438-9355 |
| 519199238 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998-2234 |
| 519240096 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519199249 | | FM/Citizens/Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 519215343 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519199258 | | NJ E-Z Pass, PO Box 4971, Trenton, NJ 08650-4971 |
| 519199259 | | NMAC, Attn: Bankruptcy, PO Box 660366, Dallas, TX 75266-0366 |
| 519209185 | + | Nelnet on behalf of ASA, American Student Assistance, PO Box 16129, St. Paul, MN 55116-0129 |
| 519199257 | | Nissan Motor Acceptanc, PO Box 660366, Dallas, TX 75266-0366 |
| 519233902 | + | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519199260 | | Pocono Urgent Care, PO Box 478, Bartonsville, PA 18321-0478 |
| 519199261 | | Progressive Leasing, PO Box 659728, San Antonio, TX 78265-9728 |
| 519199262 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, N.J. Division of Taxation Bankruptcy Sec, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 24 2021 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 24 2021 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519209640 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 24 2021 20:50:26 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 519199245 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 24 2021 20:50:26 | Citizens Bank NA, Attn: Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 519199240 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 24 2021 20:53:28 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519244840 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 24 2021 21:08:23 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519199241 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 24 2021 20:53:28 | Capital One Bank USA N, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519199243 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2021 20:52:49 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519199244 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2021 20:53:30 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519199246 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 24 2021 20:51:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, |

Case 21-13594-SLM    Doc 16    Filed 06/26/21    Entered 06/27/21 00:16:01    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 24, 2021 | Form ID: plncf13 | Total Noticed: 35 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | | PO Box 182125, Columbus, OH 43218-2125 |
| 519199247 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 24 2021 20:51:00 | Comenitybank/victoria, PO Box 182789, Columbus, OH 43218-2789 |
| 519199248 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2021 20:52:47 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 519199254 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2021 20:53:17 | Macys/dsnb, PO Box 8218, Mason, OH 45040-8218 |
| 519242688 | Email/Text: bnc-quantum@quantum3group.com | Jun 24 2021 20:51:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519199250 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 24 2021 20:51:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519199242 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 24 2021 20:53:27 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519199251 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 24 2021 20:53:09 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519199252 | Email/Text: PBNCNotifications@peritusservices.com | Jun 24 2021 20:50:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519199253 | Email/Text: PBNCNotifications@peritusservices.com | Jun 24 2021 20:50:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519204233 | + Email/Text: ecfbankruptcy@progleasing.com | Jun 24 2021 20:51:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 519199256 | Email/Text: electronicbkydocs@nelnet.net | Jun 24 2021 20:51:00 | Nelnet Loans, Attn: Bankruptcy Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 519199255 | Email/Text: electronicbkydocs@nelnet.net | Jun 24 2021 20:51:00 | Nelnet Loans, PO Box 82561, Lincoln, NE 68501-2561 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519199239 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 26, 2021        Signature:    /s/Joseph Speetjens

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Jun 24, 2021 | Form ID: plncf13 | Total Noticed: 35

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Pingora Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott J. Goldstein | on behalf of Debtor Kristin Rinaldi sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4