| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Kristin Rinaldi<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–9439<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 21–13594–SLM | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kristin Rinaldi

<u>5/9/24</u>

**By the court:** <u>Stacey L. Meisel</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Kristin Rinaldi  
    Debtor

Case No. 21-13594-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3  
Date Rcvd: May 09, 2024     Form ID: 3180W     Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Kristin Rinaldi, 34 Patterson Dr, Oak Ridge, NJ 07438-9355 |
| 519199260 | Pocono Urgent Care, PO Box 478, Bartonsville, PA 18321-0478 |
| 519199261 | Progressive Leasing, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 09 2024 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 09 2024 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519199238 | | EDI: BANKAMER | May 10 2024 00:21:00 | Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998-2234 |
| 519199239 | | EDI: BANKAMER | May 10 2024 00:21:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519240096 | + | EDI: BANKAMER2 | May 10 2024 00:21:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519209640 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 09 2024 20:32:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 519199245 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 09 2024 20:32:00 | Citizens Bank NA, Attn: Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 519199240 | | EDI: CAPITALONE.COM | May 10 2024 00:21:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519244840 | + | EDI: AIS.COM | May 10 2024 00:21:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519199241 | | EDI: CAPITALONE.COM | May 10 2024 00:21:00 | Capital One Bank USA N, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519199243 | | EDI: CITICORP | May 10 2024 00:21:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519199244 | | EDI: CITICORP | May 10 2024 00:21:00 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519199246 | | EDI: WFNNB.COM | May 10 2024 00:21:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519199247 | | EDI: WFNNB.COM | May 10 2024 00:21:00 | Comenitybank/victoria, PO Box 182789, Columbus, OH 43218-2789 |
| 519199248 | | EDI: CITICORP | May 10 2024 00:21:00 | Department Store National Bank/Macy's, Attn: |

| Record | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | | Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 519199254 | EDI: CITICORP | May 10 2024 00:21:00 | Macys/dsnb, PO Box 8218, Mason, OH 45040-8218 |
| 519242688 | EDI: Q3G.COM | May 10 2024 00:21:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519343787 | Email/Text: ECMCBKNotices@ecmc.org | May 09 2024 20:33:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 519343788 | Email/Text: ECMCBKNotices@ecmc.org | May 09 2024 20:33:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408, ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 519199249 | Email/Text: FirstmarkAccountMa@firstmarkservices.com | May 09 2024 20:32:21 | FM/Citizens/Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 519199250 | EDI: IRS.COM | May 10 2024 00:21:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519199242 | EDI: JPMORGANCHASE | May 10 2024 00:21:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519199251 | EDI: JPMORGANCHASE | May 10 2024 00:21:00 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519215343 | + Email/Text: RASEBN@raslg.com | May 09 2024 20:33:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519258946 | + Email/Text: PBNCNotifications@peritusservices.com | May 09 2024 20:32:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519199252 | Email/Text: PBNCNotifications@peritusservices.com | May 09 2024 20:32:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519199253 | Email/Text: PBNCNotifications@peritusservices.com | May 09 2024 20:32:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519199258 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 09 2024 20:32:00 | NJ E-Z Pass, PO Box 4971, Trenton, NJ 08650-4971 |
| 519199259 | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 09 2024 20:33:00 | NMAC, Attn: Bankruptcy, PO Box 660366, Dallas, TX 75266-0366 |
| 519204233 | + Email/Text: ecfbankruptcy@progleasing.com | May 09 2024 20:34:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 519199256 | Email/Text: electronicbkydocs@nelnet.net | May 09 2024 20:34:00 | Nelnet Loans, Attn: Bankruptcy Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 519199255 | Email/Text: electronicbkydocs@nelnet.net | May 09 2024 20:34:00 | Nelnet Loans, PO Box 82561, Lincoln, NE 68501-2561 |
| 519209185 | ^ MEBN | May 09 2024 20:29:05 | Nelnet on behalf of ASA, American Student Assistance, PO Box 16129, St. Paul, MN 55116-0129 |
| 519199257 | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 09 2024 20:33:00 | Nissan Motor Acceptanc, PO Box 660366, Dallas, TX 75266-0366 |
| 519233902 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | May 09 2024 20:33:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519252164 | EDI: Q3G.COM | May 10 2024 00:21:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519199262 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 09 2024 20:33:00 | State of New Jersey, N.J. Division of Taxation Bankruptcy Sec, PO Box 245, Trenton, NJ 08695-0245 |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: May 09, 2024 | Form ID: 3180W | Total Noticed: 40
TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 11, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Pingora Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott J. Goldstein | on behalf of Debtor Kristin Rinaldi scott@wg-attorneys.com LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4